JOHN HUBER, PETITIONER-APPELLANT, v. NEW ENGLAND TREE EXPERT CO., RESPONDENT-RESPONDENT.

Argued March 28, 1949—Decided April 4, 1949.

*Mr. David I. Stepacoff* argued the cause for the appellant.

*Mr. Frank Fink* (*Mr. James J. Carroll,* attorney) argued the cause for the respondent.

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion filed by Mr. Chief Justice Case in the former Supreme Court.

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD and ACKERSON—4.

*For reversal*—Justice HEHER—1.